④

Alex Medrano                                        CAB-03-132

### RETURN OF SERVICE

Service of the Summons and complaint was made by me¹   DATE  5th of August 2003

TITLE

United States District Court
Southern District of Texas
FILED

AUG 1 2 2003

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Box 614 FM 506
Place where served: _____ LA Feria, TX. 78559 _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Alex Medrano   D.O.B 03/14/80
Box 614 FM 506.    LA Feria, TX. 78559
× Alex M___
AM

Returned unexecuted: _____

Other (specify): Subject address belongs to the relatives the Rt. 1 Box 2216 it had been changed to Mil. Hwy 281 Box 12488 LA Feria, TX. 78559. Now the subject lives at FM 506 Box 614 LA Feria, TX. 78559.
Note: I had Mr. Medrano sign and int. his name

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

_[signature]_  Constable
Signature of Server

Jamie Vazquez

200 Industrail Way
Address of Server

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure