IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECT TV | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. Civ. B-03-132 |
| | § | |
| ALEX MEDRANO | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

AUG 2 9 2003

Michael N. Milby
Clerk of Court

### DEFENDANT'S ORIGINAL ANSWER

NOW COMES Defendant, Alex Medrano, named Defendant in the above-entitled and numbered cause, and files this Original Answer, and shows the Court:

### GENERAL DENIAL

Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the Texas Rules of Civil Procedure and the Federal Court Rules of Procedure.

### PRAYER

Defendant prays the Court, after notice and hearing or trial, enters judgment in favor of Defendant, awards Defendant the costs of court, attorney's fees, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

_____
Alex Medrano
Defendant Pro Se

## CERTIFICATE OF SERVICE

I certify that on August 29, 2003, a true and correct copy of Defendant's Original Answer was served by personal delivery on Lecia L. Chaney at 1201 East Van Buren St. P.O. Box 2155, Brownsville, Texas 78522.

_____
Alex Medrano