IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| DIRECTV, INC., | § |
| Plaintiff | § |
| | § |
| v. | § C.A. No. B-03-132 |
| | § |
| ALEX MEDRANO, | § |
| | § |
| Defendant. | § |

## ORDER

BE IT REMEMBERED that on November 24, 2003, the Court **CANCELLED** the Initial Pretrial Conference scheduled for Monday, December 1, 2003, in the above captioned case. Pursuant to the order entered November 19, 2003, this case has been referred to Magistrate Judge Felix Recio to conduct all pretrial matters pursuant to 28 U.S.C. § 636(b). An initial pretrial conference will be reset before Judge Recio.

DONE this 24th day of November 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge