**Felix Recio, Judge Magistrate**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

DEC 11 2003

Michael N. Milby
Clerk of Court

Law Clerk:    Michael B. Knisely

Date:    December 11, 2003, 2:00 p.m.

---

**C.A. NO. B03-132 (HGT)**

---

| DIRECTV, INC. | * | Lecia Chaney |
| VS | * | |
| ALEX MEDRANO | * | Pro se |

---

### INITIAL PRETRIAL CONFERENCE

Attorney Chaney and Defendant MEDRANO appeared.

The parties agreed to the docket dates. A scheduling order will be issued.

The parties submitted a 636(c) consent.