===============================================================

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

===============================================================

United States District Court
Southern District of Texas
FILED
DEC 16 2003
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
DEC 30 2003
Michael N. Milby
Clerk of Court

DIRECTV INC            *

VS                     *   C.A. NO.  B-03-CV-0132

ALEX MEDRANO           *

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | Pro se | 12/11/03 |
| Lucia Chaney | DirecTV | 12/11/03 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

12/16/03                    [signature]
Date                        United States District Judge

**NOTE:** RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.