# COURTROOM MINUTES

United States District Court
Southern District of Texas
FILED

MAR 1 5 2004

Michael N. Milby
Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Clerk:       M Garcia
ERO:         B Vasquez
Law Clerk:   M Knicley
CSO:         Figueroa

Date:        March 15, 2004 at 2:06 p.m.

## CV NO. B-03-132(636(c))

| DIRECTV, INC. | * | L Chaney |

vs

| ALEX MEDRANO | * | PRO SE |

### HEARING

L Chaney present for plaintiff;
Counsel states she has received no response to Discovery and plans to file a Motion for Summary Judgment;
Counsel states there are no pending motions;

The Court takes no action today and will await the filing of Plaintiff's Summary Judgment;

Court adjourned.