14

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>BROWNSVILLE DIVISION | United States District Court<br>Southern District of Texas<br>FILED<br>MAR 26 2004<br>Michael N. Milby, Clerk of Court |

DIRECTV, INC. §
   Plaintiff, §
§
v. § CIV. NO. B-03-132
§ (636(c))
ALEX MEDRANO, §
   Defendant. §

## ORDER

A final pretrial conference in this cause of action was previously set for April 1, 2004, at 2:00 p.m. In addition, jury selection was previously scheduled for April 5, 2004, at 9:00 a.m. It is hereby ORDERED that the final pretrial conference and jury selection dates are continued. The new dates are as follows:

(1) Final pretrial conference is now set for June 1, 2004, at 2:00 p.m.; and

(2) Jury selection is now set for June 3, 2004, at 9:00 a.m.

IT IS SO ORDERED.

DONE in Brownsville, Texas this 26th day of March, 2004.

                                                        Felix Recio
                                         United States Magistrate Judge