COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | D Ahumada |
| CSO | : | M Agado |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | **May 25, 2004 at 2:05 p.m.** |

United States District Court
Southern District of Texas
FILED

MAY 2 5 2004

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-132

DIRECTV, INC.                    *           Lecia Chaney

vs                               *

Alex Medrano                     *

---

### STATUS CONFERNECE

Lecia Chaney present for Plaintiff;
Alex Medrano not present;

L Chaney announced a Motion for Summary Judgment will be filed in this case;
Counsel further stated the defendant was re-served;

The Court resets this matter for Jury Selection on 07/01/04 at 9:00 a.m. and Final Pretrial for 06/29/04 at 2:00 p.m.;

Court adjourned.