UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| vs | * | CIVIL ACTION NO. B03-132 (636(c)) |
| ALEX MEDRANO | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### DOCKET DATES

FINAL PRETRIAL CONFERENCE:   06/29/04, 2:00 P.M. (reset from 06/01/04)

JURY SELECTION:   07/01/04, 9:00 A.M. (reset from 06/03/04)

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

BY ORDER OF THE COURT

May 27, 2004

cc:   ALL PARTIES