United States District Court
Southern District of Texas
FILED

JUN 18 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | B-03-CV-0132 |
| ) | |
| ALEX MEDRANO ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR CONTINUANCE
<u>(UNOPPOSED)</u>**

Plaintiff DIRECTV, Inc. ("DIRECTV") respectfully submits this Motion for Continuance of the final pre-trial, jury selection and trial and in support shows the following:

**I.**

Currently, this matter is set for final pre-trial and jury selection on June 29th and July 1st, respectively. Plaintiff and Defendant are in settlement negotiations and are very close to resolving this matter. In order to avoid incurring additional litigation costs, making it more difficult to settle, Plaintiff requests that it be afforded an additional thirty (30) to sixty (60) days to finalize the settlement. Plaintiff has spoken to pro se defendant and he is in agreement with this Motion. This Motion is supported by counsel's affidavit, attached hereto.

## V. PRAYER

For the foregoing reasons, DIRECTV, Inc. respectfully requests that this Court grant its Motion for a Continuance and for all such other legal or equitable relief to which DIRECTV, Inc. may show itself entitled.

Respectfully submitted,

By: /s/ Lecia Chaney
**Lecia L. Chaney**
State Bar No. 00785757
Fed. I.D. #16499
**Christopher E. Moore**
State Bar No. 24011075
Fed. I.D. #

1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telefax   : (956) 541-2170

## CERTIFICATE OF CONFERENCE

I have spoken to Pro Se Defendant Medrano and he is not opposed to this Motion for Continuance.

Dated: June 18, 2004

/s/ Lecia Chaney
Lecia Chaney

## CERTIFICATE OF SERVICE

I, Lecia Chaney, attorney for DIRECTV, Inc., do hereby certify that I have this day served a true and correct copy of the above and foregoing instrument by mailing same via regular mail and certified mail to the following parties:

Alex Medrano                    *(Via Regular Mail)*
FM 506 , Box 614
La Feria, TX  78559
**Pro se defendant**

SO CERTIFIED this the __18__ day of June, 2004.

_____
Lecia Chaney

## AFFIDAVIT

THE STATE OF TEXAS          §
                            §
COUNTY OF CAMERON           §

BEFORE ME, the undersigned authority, on this day personally appeared Lecia L. Chaney, a person known to me to be the person whose name is subscribed to this affidavit, who being duly sworn did depose and say as follows:

"My name is Lecia L. Chaney. I am over eighteen years of age, and am fully competent and authorized to make this affidavit. I am an attorney of record for DIRECTV, Plaintiff. I have prepared Plaintiff's Motion for Continuance. I attest that the information set forth in the Motion is true and correct."

Further Affiant sayeth not"

_____
Lecia L. Chaney

GIVEN UNDER MY HAND AND SEAL OF OFFICE this 16th day of June, 2004.

_____
Notary Public in and for
The State of Texas

_____
Name of Notary, typed or printed

LUPITA ROCHA
Notary Public, State of Texas
My Commission Expires
May 21, 2005

My Commission expires:

05-21-05