

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 22 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| DIRECTV, INC. | * | |
| | * | |
| VS | * | C.A. NO. B-03-132 |
| | * | (636(c) |
| ALEX MEDRANO | * | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE

After considering DIRECTV's Unopposed Motion for Continuance, the Court finds that the Motion has merit. Accordingly, the Motion is granted and it is, therefore, ORDERED that the final pretrial and jury selection on this matter shall be continued from its current date of June 29, 2004, and July 2, 2004, respectively:

    Final Pretrial is set for:    August 31, 2004, at 2:00 p.m.

    Jury Selection is set for:    September 2, 2004, at 9:00 a.m.

DONE at Brownsville, Texas, this 22nd day of June 2004.

_____
Felix Recio
United States Magistrate Judge