

|                      |   |                                                      |
|----------------------|---|------------------------------------------------------|
| COURTROOM MINUTES:   |   | **Felix Recio Jr. Presiding**                        |
|                      |   | **Southern District of Texas, Brownsville Division** |
| Courtroom Clerk      | : | Maria (Sally) Garcia                                 |
| ERO                  | : | R D'venturi                                          |
| CSO                  | : | Zepeda                                               |
| Law Clerk            | : | J Schroeder                                          |
| Date                 | : | August 19, 2004 at 9:35 a.m.                         |

United States District Court
Southern District of Texas
FILED

AUG 1 9 2004

Michael N. Milby
Clerk of Court

---

**CIVIL NUMBER:**   B-03-132 (636(c))

| DIRECTV, INC. | * | L CHANEY |
| VS            | * |          |
| ALEX MEDRANO  | * | PRO SE   |

---

### HEARING ON MOTION FOR SUMMARY JUDGMENT

L Chaney present for the Plaintiff;
Defendants name was called out in the hallway and defendant is not present for this hearing;

Plaintiff's counsel asks the Court to take Judicial Notice and requests the Court to Grant Plaintiff's Motion for Summary Judgment;

The Court GRANTS Plaintiff's Motion for Summary Judgment and Directv is awarded statutory damages in the amount of $10,000;
The Court GRANTS attorneys fees in the amount of $1744 and costs in the amount of $288.88;

Summary Judgment order signed in open Court;

Court adjourned.