United States District Court
Southern District of Texas
FILED
AUG 1 9 2004
Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
ENTERED
AUG 1 9 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| DIRECTV, Inc., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) B-03-CV-0132 |
| ALEX MEDRANO | ) (636(c)) |
| Defendant. | ) |

## SUMMARY JUDGMENT

After considering Plaintiff, DIRECTV, Inc.'s, Motion for Summary Judgment, the response, and all other evidence on file, the Court finds that the Motion has merit and there are no genuine issues of material fact. Accordingly, the Motion is granted and it is therefore,

ORDERED that DIRECTV, Inc. shall recover from Defendant, Alex Medrano, damages in the amount of $10,000.00, attorney's fees in the amount of $1744.00, and costs in the amount of $288.68, all totaling the sum of $12,032.68, plus post judgment interest at the legal rate in effect to accrue thereon from the date of this judgment forward until paid; and, that DIRECTV, Inc. have execution therefore;

It is further ORDERED and ADJUDGED that Defendant, Alex Medrano, is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. § 605, committing or assisting in committing any violation of 18 U.S.C. §§ 2511, or

committing or assisting in committing any violation of Tex. Civ. Prac. & Rem. Code § 123.001 *et. seq.*

DONE this 19th day of August, 2004 in Brownsville, Texas.

UNITED STATES MAGISTRATE JUDGE