ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. § | | |
|    Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. B-03-132 | |
| § | (636(c)) | |
| ALEX MEDRANO, § | | |
|    Defendant. § | | |

## ORDER

On August 19, 2004, this Court granted Plaintiff's "Motion for Summary Judgment" (Docket No. 23), at which time the above styled and numbered case was closed. As such, Plaintiff's "Motion to Withdraw Additional Counsel of Record" (Docket No. 24), filed on September 27, 2004, is hereby DENIED as MOOT.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 24th day of August, 2005.

Felix Recio
United States Magistrate Judge